

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No.: 1:16-cv-01400-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MELVIN RAY BRUMMETT, JR., CDCR # V-29100 |
| R. A. DEAN, | |
| Defendant. | |

Plaintiff Melvin Ray Brummett, Jr., is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on September 18, 2017. Inmate Melvin Ray Brummett, Jr., CDCR Inmate # V-29100, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **September 18, 2017**

UNITED STATES MAGISTRATE JUDGE