# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> R.A. DEAN, <br><br> Defendant. | Case No.: 1:16-cv-01400-AWI-SAB (PC) <br><br> ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO COMPLAINT WITHIN TWENTY-ONE DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2017, United States Magistrate Judge Barbara A. McAuliffe conducted a settlement conference and the case did not settle. Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of service of this order, Defendant shall file a response to the complaint.

IT IS SO ORDERED.

Dated: **September 29, 2017**

UNITED STATES MAGISTRATE JUDGE

1