UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No.: 1:17-cv-00639-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENT NUMBERS 38 AND 39, IN CASE NUMBER 1:16-CV-01400-AWI-SAB (PC), IN THIS ACTION AND SHALL BE DISREGARDED IN CASE NUMBER 1:16-CV-01400-AWI-SAB (PC) AS FILED IN ERROR |
| J. RIVERO, | |
| Defendant. | |
| | [ECF No. 30] |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's notice that he inadvertently wrote the wrong case number on certain filings which resulted in the documents being filed in case number 1:16-cv-01400 AWI SAB PC, <u>Melvin Ray Brummett, Jr. v. R.A. Dean</u>, Document Numbers 38 (Plaintiff's motion for summary judgment) and 39 (separate statement of undisputed facts).

///
///
///
///
///
///

1

Inasmuch as Document Numbers 38 and 39 in case number 1:16-cv-01400 AWI SAB PC, Melvin Ray Brummett, Jr. v. R.A. Dean, should have been filed in this action, the Court HEREBY DIRECTS the Clerk of Court to file those documents in this case and such documents shall be disregarded in case number 1:16-cv-01400 AWI SAB PC.

IT IS SO ORDERED.

Dated: **February 21, 2018**

UNITED STATES MAGISTRATE JUDGE