# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No.: 1:16-cv-01400-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION FILED ON APRIL 12, 2018 |
| R.A. DEAN, | [ECF No. 44] |
| Defendant. | |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 30, 2018, Defendant Dean filed a motion for summary judgment based on Plaintiff's alleged failure to exhaust the administrative remedies, and Plaintiff filed an opposition on April 12, 2018. In order to effectively resolve the pending motion for summary judgment, the Court HEREBY DIRECTS Defendant to file a reply to Plaintiff's opposition on or before **May 11, 2018**.

IT IS SO ORDERED.

Dated: __**April 30, 2018**__

UNITED STATES MAGISTRATE JUDGE

1